ISIDOR ZAITLIN, Appellant, v. ALEXANDER BOJKO and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WINIFRED WARREN, INC., and Another, Respondents, v. TURNER'S GOWNS, LTD., and PAULINE TURNER JACQUILN, Appellants.— Judgment unanimously modified by limiting plaintiff's recovery to the injunctive relief granted, and as so modified affirmed, without costs. No opinion. Settle order on notice, reversing findings inconsistent with this determination, and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY VANDECARR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

JULIUS H. KAMERMAN, Respondent, v. WILLIAM B. CURTIS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

THERESA V. HAGEMAN, Appellant, v. ADOLPH A. HAGEMAN, Respondent.— Judgment and orders unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT K. RAISLER and H. SEYMOUR EISMAN, as Executors, etc., of SAMUEL RAISLER, Deceased. ROBERT K. RAISLER and H. SEYMOUR EISMAN, as Executors, etc., Respondents; NIRA REALTY CORP., Claimant, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILFORD HARRIS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE NATIONAL CITY BANK OF NEW YORK, as Trustee, Respondent, v. ALLGE-MEINE ELEKTRICITATS-GESELLSCHAFT (Otherwise Known as " GENERAL ELECTRIC COMPANY, GERMANY "), Appellant.— Order, so far as appealed from, and the judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

AMERICAN SCOTTI CORPORATION and S. A. SCOTTI & C., OF MONZA, ITALY, Appellants, v. HENRY POLLAK, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. Judgment on the pleadings was properly denied because there are issues of fact involved. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, v. GARCIA SUGARS CORPORATION, Defendant, Impleaded with THE NATIONAL SUGAR REFINING COMPANY and THE AMERICAN SUGAR REFINING COMPANY, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [173 Misc. 364.]

JOSEPHINE FAGONE, Appellant, v. JOSEPHINE BURGHARD, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.